# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## CIVIL APPEAL INFORMATION STATEMENT

**COUNSEL FOR APPELLANT:** This statement is due to be filed with the Clerk of the Court of Appeals not later than 14 days from the docketing of the notice of appeal.

SHORT CAPTION WITH IDENTITY OF APPELLANT:
Richard Fields v. City of Philadelphia, et ano; Amanda Geraci v. City of Philadelphia, et al.

APPEAL FROM DISTRICT COURT:
District: Eastern District of Pennsylvania
D.C. Docket No.: 14cv4424 (Fields); 14cv5264 (Geraci)
Date proceedings initiated in D.C.: July 24, 2014 (Fields); September 15, 2014 (Geraci)
Date Notice of Appeal filed: March 22, 2016
USCA No.: 16-1650 (Fields); 16-1651 (Geraci)

## COUNSEL ON APPEAL

**Appellant(s):** Richard Fields, Amanda Geraci
Name of Counsel: (see attached)
Name of Party(ies): (see attached)
Address: (see attached)
Telephone No.: (see attached)
Fax No.: (see attached)
E-mail: (see attached)

**For Appellee(s):** *List only the names of parties and counsel who will oppose you on appeal
Name of Counsel: (see attached)
Name of Party(ies): (see attached)
Address: (see attached)
Telephone No.: (see attached)
Fax No.: (see attached)
E-mail: (see attached)

Name of Counsel:
Name of Party(ies):
Address:
Telephone No.:
Fax No.:
E-mail:

Is this a Cross-Appeal?                Yes ☐      No ☑
Appeals Docket No.:

Was there a previous appeal in case?   Yes ☐      No ☑
If yes, Short Title:
Appeals Docket No.:
Citation, if reported:

To your knowledge is there any case now pending or about to be brought before this Court or any other court or administrative agency which:
a) Arises from substantially the same case or controversy as this appeal?   Yes ☐   No ☑
b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal?
Yes ☐   No ☑

If you answered yes to either "a" or "b" please provide:
Case Name: _____
D.C. Docket No.: _____
Court or Agency: _____
Docket Number: _____
Citation, if reported: _____

## NATURE OF SUIT
(Check as many as apply)

1. FEDERAL STATUTES
☐ ANTITRUST
☐ BANKRUPTCY
☐ BANKS & BANKING
☑ CIVIL RIGHTS
☐ COMMERCE, ROUTES, AND TARIFFS
☐ COMMODITIES
☐ COMMUNICATIONS
☐ CONSUMER PROTECTION
☐ COPYRIGHT
☐ PATENT
☐ TRADEMARK
☐ ELECTION
☐ ENERGY
☐ ENVIRONMENTAL
☐ FOIA FREEDOM OF INFORMATION
☐ IMMIGRATION
☐ LABOR
☐ OSHA
☐ SECURITIES
☐ SOCIAL SECURITY
☐ TAX
☐ EQUAL ACCESS TO JUSTICE
☐ OTHER Specify: _____

2. TORTS
☐ ADMIRALTY

☐ ASSAULT/DEFAMATION
☐ PRODUCT LIABILITY/WARRANTY
☐ DIVERSITY
☐ OTHER Specify: _____

3. CONTRACTS
☐ ADMIRALTY/MARITIME
☐ ARBITRATION
☐ COMMERCIAL
☐ EMPLOYMENT
☐ INSURANCE
☐ NEGOTIABLE DISBURSEMENTS
☐ OTHER Specify: _____

4. PRISONER PETITIONS
☐ CIVIL RIGHTS
☐ VACATE SENTENCE 2255
☐ HABEAS CORPUS 2254
☐ HABEAS CORPUS 2241
☐ MANDAMUS/PROHIBITION
☐ OTHER Specify: _____

5. OTHER
☐ FORFEITURE
☐ CIVIL GRAND JURY
☐ TREATY Specify: _____
☐ OTHER Specify: _____

This is to certify that this civil appeal information statement was filed with the Clerk of the U.S. Court of Appeals for the Third Circuit and a copy hereof served to each party or their counsel of record this 6th day of April, 2016.

Signature of Counsel: _M M Tack_____

COUNSEL FOR APPELLANTS

Represented Parties: Richard Fields (Plaintiff-Appellant), Amanda Geraci (Plaintiff-Appellant)

MARY CATHERINE ROPER
American Civil Liberties Union of Pennsylvania
P.O. Box 60173
Philadelphia, PA 19102
Tel: (215) 592-1513 ext. 116
Fax: (215) 592-1343
mroper@aclupa.org

MOLLY TACK-HOOPER
American Civil Liberties Union of Pennsylvania
P.O. Box 60173
Philadelphia, PA 19102
Tel: (215) 592-1513 ext. 113
Fax: (215) 592-1343
mtack-hooper@aclupa.org

JONATHAN H. FEINBERG
Kairys, Rudovsky, Messing, & Feinberg
718 Arch Street, Suite 501 South
Philadelphia, PA 19106
Tel: (215) 925-4400
Fax: (215) 925-5365
jfeinberg@krlawphila.com

JOHN J. GROGAN
Langer & Grogan, P.C.
The Bell Atlantic Tower
1717 Arch Street, Suite 4130
Philadelphia, Pa. 19103
215.320-5662  Tel.
215.320.5703  Fax.
jgrogan@langergrogan.com

PETER LECKMAN
Langer & Grogan, P.C.
The Bell Atlantic Tower
1717 Arch Street, Suite 4130
Philadelphia, Pa. 19103
215.320-5662  Tel.
215.320.5703  Fax.
pleckman@langergrogan.com

SETH KREIMER
PA ID No. 26102
3400 Chestnut Street
Philadelphia, PA 19104
Tel: (215) 898-7447
skreimer@law.upenn.edu

## COUNSEL FOR APPELLEES

Represented Parties: Police Officer Sisca (Defendant-Appellee), Police Officer Dawn Brown (Defendant-Appellee), City of Philadelphia (Defendant-Appellee)

JOHN COYLE
City of Philadelphia Law Dept.
1515 Arch St., 14th Floor
Philadelphia, PA 19102
Tel: (215) 683-5447
Fax: (215) 683-5397
John.coyle@phila.gov

MICHAEL MILLER
City of Philadelphia Law Dept.
1515 Arch St., 14th Floor
Philadelphia, PA 19102
Tel: (215) 683-5433
Fax: (215) 683-5397
Michael.Miller@phila.gov

CRAIG GOTTLIEB
City of Philadelphia Law Dept.
1515 Arch St., 14th Floor
Philadelphia, PA 19102
Tel: (215) 683-5015
Fax: (215) 683-5296
Craig.gottlieb@phila.gov